

7/19/2019

To: U.S. District Court

CENTRAL DISTRICT OF ILLINOIS

From: Derek Cropp

In response to case # 2018-cv-4151

I was asked by the courts to file an update on the criminal proceedings against me and my union grievance by July 22, 2019. My next court date ordered on July 1, 2019 was continued to September 3, 2019. I was told by my union president that my grievance against the OIAG was moved to 4th level arbitration on the first week of July, 2019. If you have any other questions feel free to call me at

**Derek Cropp**