# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AUSTIN CARTER, #B-88767 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 18-cv-4151 |
| | ) |
| JOHN BALDWIN, et al., | ) |
| | ) |
| Defendants | ) |

## MOTION FOR PROTECTIVE ORDER

NOW COMES Defendant, DEREK CROPP, by and through his attorney, Kwame Raoul, Attorney General for the State of Illinois, and hereby submits his motion for a protective order, stating as follows:

1. On January 27, 2022, Plaintiff's counsel issued a subpoena to the Illinois Department of Corrections requesting the production of any relevant video footage from an alleged incident on March 29, 2018.

2. Prior to the issuance of this subpoena, Plaintiff's counsel was previously provided investigative materials, including an Internal Investigation file, as well as a report and investigation conducted by the Illinois State Police.

3. The investigative documentation previously disclosed to Plaintiff's counsel includes but is not limited to personal information of non-parties, including those of other correctional officers and individuals in custody that are not parties to this litigation, and interview notes. The video footage is purported to depict the segregation unit at Hill Correctional Center on March 29, 2018, and shows Plaintiff's removal from his cell.

4. These documents and video footage have the potential to be misused if permitted to be handled by offenders within the Department of Corrections, especially in a maximum-

security facility where Plaintiff is housed. Offenders and/or offenders in security threat groups (i.e. gangs") may use the footage and/or aforementioned documentation to identify officers to be targeted for physical assault or harassment.

5. Furthermore, there is concern that footage showing the facility could be publicly disseminated. Allowing the footage to be submitted to opposing counsel for use in this case, while also protecting the internal concerns of IDOC would serve the public interest. Courts have entered protective orders to protect video surveillance footage in correctional institutions and even in stores. S*ee, e.g., Borom v. Menard, Inc.*, 2014 WL 4209459 at *2 (N.D. Ind. Aug. 26, 2014) (entering protective order to prevent dissemination of store video footage to protect camera locations and blind spots); *Westefer v. Snyder*, 2009 WL 839019 at *2 (finding security considerations to be "clearly substantial" with respect to videos from prison facilities and other materials, and entitled to coverage by protective order).

6. Therefore, Defendant requests a protective order directing that any video footage and any related additional documentation including Internal Investigations or those completed by the Illinois State Police be designated as "Confidential Material." Defendant also requests that the protective order direct that the Plaintiff personally not be permitted to retain such documentation or footage.

7. Such a protective order is necessary for the purpose of completing discovery while also respecting the safety and security concerns raised by the Illinois Department of Corrections.

8. The undersigned counsel has drafted a proposed protective order, which is attached to this filing pursuant to local rule herein.

9. Thus, Defendant respectfully requests this honorable Court grant his Motion for a Protective Order and enter the proposed Protective Order.

      WHEREFORE, for the above and foregoing reasons, Defendant respectfully requests that this honorable Court grant his Motion and enter the Proposed Protective Order.

                                      Respectfully submitted,

                                      DEREK CROPP,

                                          Defendant,

| | |
|---|---|
| Maria D. Gray #6323981 | KWAME RAOUL, Illinois Attorney General, |
| Assistant Attorney General | |
| 500 South Second Street |     Attorney for Defendant, |
| Springfield, Illinois  62701 | |
| (217) 782-9026 Phone | By: s/Maria D. Gray |
| (217) 524-5091 Fax |     Maria D. Gray #6323981 |
| Email: Maria.Gray@ilag.gov |     Assistant Attorney General |

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AUSTIN CARTER, #B-88767 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 18-cv-4151 |
| | ) |
| JOHN BALDWIN, et al., | ) |
| | ) |
| Defendants | ) |

## CERTIFICATE OF SERVICE

     I hereby certify that on February 9, 2022, the foregoing document, Motion for Protective Order, was electronically filed with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

     Elizabeth Anne Nielsen     nielsen7@illinois.edu
     Kelly J. Franklin     kjf4@illinois.edu

and I hereby certify that on the same date, I caused a copy of the foregoing document to be mailed by United States Postal Service, to the following non-registered participant:

     NONE

     By: /s/ Maria D. Gray
     Maria D. Gray #6323981
     Assistant Attorney General
     500 South Second Street
     Springfield, Illinois  62701
     (217) 782-9026 Phone
     (217) 524-5091 Fax
     Email: Maria.Gray@ilag.gov