# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| AUSTIN CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 18-cv-4151-SEM-TSH |
| | ) | |
| LIEUTENANT DEREK CROPP, | ) | Judge Sue E. Myerscough |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S MOTIONS *IN LIMINE*

NOW COMES the Plaintiff, AUSTIN CARTER, by his attorneys, KELLY FRANKLIN and ELIZABETH NIELSEN, and moves this court for an Order *in Limine* the following:

I.   To take judicial notice of the medical definition of the term "nonunion;" and

II.  To preclude Defendant and his counsel from, in the presence of the Jury, offering evidence, making inquiry of any witness (either in direct examination or cross examination), or from making argument (directly or by implication) as to the following matters as outlined in the following numbered paragraphs:

1.  All evidence pertaining to Austin Carter's prior criminal convictions, including, but not limited to property damage, aggravated battery, aggravated assault, fleeing police in a motor vehicle, and residential arson.

2.  This Court should prohibit Defendant from introducing evidence or making any reference to Plaintiff's disciplinary history at Hill Correctional Center prior to 8:30 pm on March 29, 2018, including when and why Plaintiff was placed in segregation, and with the exception of the fact that Plaintiff has had disciplinary tickets.

3. This Court should prohibit Defendant from admitting evidence of or referring to Mr. Carter's current incarceration at Menard Correctional Center.

4. Any reference to Plaintiff's mental health history, including Crisis Watch or suicide attempts prior to March 29, 2018.

5. Conveying or eliciting utterance of the n-word racial slur in its full, unadulterated form.

6. Conveying to the jury that Plaintiff is dangerous or in any way undeserving of his constitutional rights as a citizen. Plaintiff requests he be treated with neutrality, if not respect, in the presence of the jury, by allowing for:

    a. The Plaintiff to dress in civilian clothing at all times in which the jurors may likely observe him;

    b. The Plaintiff to be free of all physical restraints during hearings where jurors or potential jurors may be present;

    c. Prison security or IDOC security to be unobtrusive, remain a reasonable distance from Plaintiff, and be seated as far away from Plaintiff as practicable; and

    d. The Jury to never view the Plaintiff in restraints in the hallway or during his transportation to and from the U.S. Marshals' holding cell.

*Plaintiff's Memorandum of Law in Support of Plaintiff's Motion in Limine* is filed concurrently with this motion and incorporated by reference to the foregoing motions.

Respectfully Submitted,

/s Kelly Franklin
/s Elizabeth Nielsen

*Attorneys for the Plaintiff*
University of Illinois
College of Law
Federal Civil Rights Clinic
504 E. Pennsylvania Ave.
Champaign, IL 61820
Kjf4@illinois.edu
Nielsen7@illinois.edu

#### IN THE UNITED STATES DISTRICT COURT
#### CENTRAL DISTRICT OF ILLINOIS
#### SPRINGFIELD DIVISION

| | | |
|---|---|---|
| AUSTIN CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 18-cv-4151-SEM-TSH |
| | ) | |
| LIEUTENANT DEREK CROPP, | ) | Judge Sue E. Myerscough |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

We hereby certify that on March 11, 2022, we electronically filed Plaintiff's Motions in Limine with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to Defendant's attorney below:

Maria Gray
Office of the Illinois Attorney General
500 S. Second Street
Springfield, Illinois 62701
217-782-5819
Maria.Gray@ilag.gov

/s Kelly Franklin

/s Elizabeth Nielsen

University of Illinois
College of Law
Federal Civil Rights Clinic
504 E. Pennsylvania Ave.
Champaign, IL 61820
Kjf4@illinois.edu
Nielsen7@illinois.edu