E-FILED
Monday, 14 March, 2022  10:58:07 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| AUSTIN CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 18-cv-4151-SEM-TSH |
| | ) | |
| LIEUTENANT DEREK CROPP, | ) | Judge Sue E. Myerscough |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S SUBMISSION FOR NON-TYPICAL *VOIR DIRE* QUESTIONS**

The Plaintiff requests that the Court ask the following questions during *voir dire*:

1. Would you give greater credence to the testimony of a law enforcement official because of the fact that they are law enforcement, as compared to the testimony of someone who was not in law enforcement?

2. If you believed that an incarcerated person had proven his or her case, would you be willing to enter a judgement in favor of that person and against a law enforcement official even though the case was brought by an incarcerated person against a law enforcement official?

3. Is there anyone who works for or has family or close friends who work in the Department of Corrections? If yes, please go into detail. Will that experience affect your ability to be a fair and impartial juror?

4. Have you ever been arrested?

5. Have you ever been to prison or jail, either as a visitor or otherwise?  If so, please describe in detail. [e.g. How many times? What was the purpose of the visit?]

In addition, Plaintiff reserves the right to question the prospective jurors based on their

questionnaire responses and verbal answers to questions during the *voir dire* process.

Respectfully Submitted,

Austin Carter

1

By:

<u>/s Kelly Franklin</u>

<u>/s Elizabeth Nielsen</u>

*Attorneys For Plaintiff*
University of Illinois
College of Law
Federal Civil Rights Clinic
504 E. Pennsylvania Ave.
Champaign, IL 61820
Kjf4@illinois.edu
Nielsen7@illinois.edu

2