E-FILED
Monday, 14 March, 2022  11:01:32 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| AUSTIN CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 18-cv-4151-SEM-TSH |
| | ) | |
| LIEUTENANT DEREK CROPP, | ) | Judge Sue E. Myerscough |
| | ) | |
| Defendant. | ) | |

**JOINT PROPOSED JURY INSTRUCTIONS**

## 1.01 FUNCTIONS OF THE COURT AND THE JURY

Members of the jury, you have seen and heard all the evidence and arguments of the attorneys. Now I will instruct you on the law.

You have two duties as a jury. Your first duty is to decide the facts from the evidence in the case. This is your job, and yours alone.

Your second duty is to apply the law that I give you to the facts. You must follow these instructions, even if you disagree with them. Each of the instructions is important, and you must follow all of them.

Perform these duties fairly and impartially. You should not be influenced by any person's race, color, religion, national ancestry, or sex.

Nothing I say now, and nothing I said or did during trial, is meant to indicate any opinion on my part about what the facts are or about what your verdict should be.

Joint Instruction No. 1
SEVENTH CIRCUIT CIVIL PATTERN JURY INSTRUCTIONS 1.01

Given            _____

Refused          _____

Withdrawn    _____

**1.02 NO INFERENCE FROM JUDGE'S QUESTIONS**

During the trial, I have asked a witness a question myself. Do not assume that because I asked questions, I

hold any opinion on the matters I asked about, or on what the outcome of the case should be.

Joint Instruction No. 2
SEVENTH CIRCUIT CIVIL PATTERN JURY INSTRUCTIONS 1.02

Given            _____

Refused          _____

Withdrawn        _____

## 1.03 ALL LITIGANTS EQUAL BEFORE THE LAW

In this case the plaintiff was an incarcerated individual at the time of the incident. All parties are equal before the law. An incarcerated individual is entitled to the same fair consideration that you would give any individual person regardless of status.

Joint Instruction No. 3
SEVENTH CIRCUIT CIVIL PATTERN JURY INSTRUCTIONS 1.03

Given          _____

Refused        _____

Withdrawn      _____

## 1.04 EVIDENCE

The evidence consists of the testimony of the witnesses, the exhibits admitted in evidence, and stipulations.

A stipulation is an agreement between both sides that certain facts are true or that a person would have given certain testimony. I have taken judicial notice of certain facts. You must accept those facts as proved.

Joint Instruction No. 4
SEVENTH CIRCUIT CIVIL PATTERN JURY INSTRUCTIONS 1.04

Given          _____

Refused        _____

Withdrawn      _____

## 1.06 WHAT IS NOT EVIDENCE

Certain things are not to be considered as evidence. I will list them for you:

First, if I told you to disregard any testimony or exhibits or struck any testimony or exhibits from the record, such testimony or exhibits are not evidence and must not be considered.

Second, anything that you may have seen or heard outside the courtroom is not evidence and must be entirely disregarded.

Third, questions and objections or comments by the lawyers are not evidence. Lawyers have a duty to object when they believe a question is improper. You should not be influenced by any objection, and you should not infer from my rulings that I have any view as to how you should decide *Carter v. Cropp*, 18-4151.

Fourth, the lawyers' opening statements and closing arguments to you are not evidence. Their purpose is to discuss the issues and the evidence. If the evidence as you remember it differs from what the lawyers said, your memory is what counts.

Joint Instruction No. 5
SEVENTH CIRCUIT CIVIL PATTERN JURY INSTRUCTIONS 1.06

Given          _____

Refused        _____

Withdrawn      _____

## 1.07 NOTE-TAKING

Any notes you have taken during this trial are only aids to your memory. The notes are not evidence. If you have not taken notes, you should rely on your independent recollection of the evidence and not be unduly influenced by the notes of other jurors. Notes are not entitled to any greater weight than the recollections or impressions of each juror about the testimony.

Joint Instruction No. 6
SEVENTH CIRCUIT CIVIL PATTERN JURY INSTRUCTIONS
1.07

Given          _____

Refused        _____

Withdrawn      _____

## 1.08 CONSIDERATION OF ALL EVIDENCE
## REGARLESS OF WHO PRODUCED

In determining whether any fact has been proved, you should consider all of the evidence bearing on the question regardless of who introduced it.

Joint Instruction No. 7
SEVENTH CIRCUIT CIVIL PATTERN JURY INSTRUCTIONS
1.08

Given          _____

Refused        _____

Withdrawn      _____

# 1.09 LIMITED PURPOSE OF EVIDENCE

You will recall that during the course of this trial I instructed you that I admitted certain evidence for a limited purpose. You must consider this evidence only for the limited purpose for which it was admitted.

Joint Instruction No. 8
SEVENTH CIRCUIT CIVIL PATTERN JURY INSTRUCTIONS 1.09

Given          _____

Refused        _____

Withdrawn      _____

## 1.11 WEIGHING THE EVIDENCE

You should use common sense in weighing the evidence and consider the evidence in light of your own observations in life.

In our lives, we often look at one fact and conclude from it that another fact exists. In law we call this an "inference." A jury is allowed to make reasonable inferences. Any inference you make must be reasonable and must be based on the evidence in the case.

Joint Instruction No. 9
SEVENTH CIRCUIT CIVIL PATTERN JURY INSTRUCTIONS 1.11

Given          _____

Refused        _____

Withdrawn      _____

## 1.12 DEFINITION OF "DIRECT" AND "CIRCUMSTANTIAL" EVIDENCE

You may have heard the phrases "direct evidence" and "circumstantial evidence." Direct evidence is proof that does not require an inference, such as the testimony of someone who claims to have personal knowledge of a fact. Circumstantial evidence is proof of a fact, or a series of facts, that tends to show that some other fact is true.

As an example, <u>direct evidence</u> that it is raining is testimony from a witness who says, "I was outside a minute ago and I saw it raining." <u>Circumstantial evidence</u> that it is raining is the observation of someone entering a room carrying a wet umbrella.

The law makes no distinction between the weight to be given to either direct or circumstantial evidence. You should decide how much weight to give to any evidence. In reaching your verdict, you should consider all the evidence in the case, including the circumstantial evidence.

Joint Instruction No. 10
SEVENTH CIRCUIT CIVIL PATTERN JURY INSTRUCTIONS
1.12

Given          _____

Refused        _____

Withdrawn      _____

## 1.13 TESTIMONY OF WITNESSES
## (DECIDING WHAT TO BELIEVE)

You must decide whether the testimony of each of the witnesses is truthful and accurate, in part, in whole, or not at all. You also must decide what weight, if any, you give to the testimony of each witness.

In evaluating the testimony of any witness, including any party to the case, you may consider, among other things:

- the ability and opportunity the witness had to see, hear, or know the things that the witness testified about;

- the witness's memory;

- any interest, bias, or prejudice the witness may have;

- the witness's intelligence;

- the manner of the witness while testifying; and

-    the reasonableness of the witness's testimony in

    light of the evidence in the case.

Joint Instruction No. 11
SEVENTH CIRCUIT CIVIL PATTERN JURY INSTRUCTIONS
1.13

Given            _____

Refused          _____

Withdrawn        _____

## 1.14 PRIOR INCONSISTENT STATEMENTS

You may consider statements given by a party or a witness under oath before trial as evidence of the truth of what (s)he said in the earlier statements, as well as in deciding what weight to give the testimony.

With respect to other witnesses, the law is different. If you decide that, before the trial, one of these witnesses made a statement not under oath or acted in a manner that is inconsistent with his testimony here in court, you may consider the earlier statement or conduct only in deciding whether his testimony here in court was true and what weight to give to his testimony here in court.

[In considering a prior inconsistent statement[s] [or conduct], you should consider whether it was simply an innocent error or an intentional falsehood and whether it concerns an important fact or an unimportant detail.]

Joint Instruction No. 12
SEVENTH CIRCUIT CIVIL PATTERN JURY INSTRUCTIONS
1.14 (modified)

Given          _____

Refused        _____

Withdrawn      _____

## 1.15 IMPEACHMENT OF WITNESS – CONVICTIONS

You have heard evidence that Plaintiff has been convicted of a crime. You may consider this evidence only in deciding whether Plaintiff's testimony is truthful in whole, in part, or not at all. You may not consider this evidence for any other purpose.

Joint Instruction No. 13
SEVENTH CIRCUIT CIVIL PATTERN JURY INSTRUCTIONS
1.15 (modified)

Given          _____

Refused        _____

Withdrawn      _____

## 1.16 LAWYER INTERVIEWING WITNESS

It is proper for a lawyer to meet with any witness in preparation for trial.

Joint Instruction No. 14
SEVENTH CIRCUIT CIVIL PATTERN JURY INSTRUCTIONS 1.16

Given          _____

Refused        _____

Withdrawn      _____

## **1.17 NUMBER OF WITNESSES**

You may find the testimony of one witness or a few witnesses more persuasive than the testimony of a larger number. You need not accept the testimony of a larger number of witnesses.

Joint Instruction No. 15
SEVENTH CIRCUIT CIVIL PATTERN JURY INSTRUCTIONS 1.17

Given          _____

Refused        _____

Withdrawn      _____

# 1.18 ABSENCE OF EVIDENCE

The law does not require any party to call as a witness every person who might have knowledge of the facts related to this trial. Similarly, the law does not require any party to present as exhibits all papers and things mentioned during this trial.

Joint Instruction No. 16
SEVENTH CIRCUIT CIVIL PATTERN JURY INSTRUCTIONS 1.18

Given           _____

Refused         _____

Withdrawn       _____

## 1.26 DISMISSED/WITHDRAWN DEFENDANTS

John Baldwin, Correctional Officer Cummings, and
Stephanie Dorethy are no longer defendants in this case.
You should not consider any claims against John Baldwin,
Officer Cummings, or Stephanie Dorethy. Do not speculate
on the reasons. You should decide this case as to the
remaining party, Derek Cropp.

Joint Instruction No. 17
SEVENTH CIRCUIT CIVIL PATTERN JURY INSTRUCTIONS
1.26

Given          _____

Refused        _____

Withdrawn      _____

## 1.27 BURDEN OF PROOF

When I say a particular party must prove something by "a preponderance of the evidence," or when I use the expression "if you find," of "if you decide," this is what I mean: When you have considered all the evidence in the case, you must be persuaded that it is more probably true than not true.

Joint Instruction No. 18
SEVENTH CIRCUIT CIVIL PATTERN JURY INSTRUCTIONS 1.27

Given          _____

Refused        _____

Withdrawn      _____

## 1.31 NO NEED TO CONSIDER DAMAGES INSTRUCTION

If you decide for the defendant on the question of liability, then you should not consider the question of damages.

Joint Instruction No. 19
SEVENTH CIRCUIT CIVIL PATTERN JURY INSTRUCTIONS 1.31

Given           _____

Refused         _____

Withdrawn       _____

## 1.32 SELECTION OF PRESIDING JUROR; GENERAL VERDICT

Upon retiring to the jury room, you must select a presiding juror. The presiding juror will preside over your deliberations and will be your representative here in court.

Form of verdict have been prepared for you.

[Form of verdict read.]

Take these forms to the jury room, and when you have reached unanimous agreement on the verdict, your presiding juror will fill in and date the appropriate form, and all of you will sign it.

Joint Instruction No. 20
SEVENTH CIRCUIT CIVIL PATTERN JURY INSTRUCTIONS 1.32

Given          _____

Refused        _____

Withdrawn      _____

## 1.33 COMMUNICATION WITH COURT

I do not anticipate that you will need to communicate with me. If you do need to communicate with me, the only proper way is in writing. The writing must be signed by the presiding juror, or, if he or she is unwilling to do so, by some other juror. The writing should be given to the marshal, who will give it to me. I will respond either in writing or by having you return to the courtroom so that I can respond orally.

Joint Instruction No. 21
SEVENTH CIRCUIT CIVIL PATTERN JURY INSTRUCTIONS 1.33

Given          _____

Refused        _____

Withdrawn      _____

## 1.34 DISAGREEMENT AMONG JURORS

The verdicts must represent the considered judgment of each juror. Your verdicts, whether for or against the parties, must be unanimous.

You should make every reasonable effort to reach a verdict. In doing so, you should consult with one another, express your own views, and listen to the opinions of your fellow jurors. Discuss your differences with an open mind. Do not hesitate to reexamine your own views and change your opinion if you come to believe it is wrong. But you should not surrender your honest beliefs about the weight or effect of evidence solely because of the opinions of other jurors or for the purpose of returning a unanimous verdict.

All of you should give fair and equal consideration to all the evidence and deliberate with the goal of reaching an agreement that is consistent with the individual judgment of each juror. You are impartial judges of the facts.

Joint Instruction No. 22
SEVENTH CIRCUIT CIVIL PATTERN JURY INSTRUCTIONS
1.34

Given          _____

Refused        _____

Withdrawn      _____

## 2.01 CAUTIONARY INSTRUCTION BEFORE RECESS

We are about to take our first break during the trial, and I want to remind you of the instruction I gave you earlier. Until the trial is over, you are not to discuss this case with anyone, including your fellow jurors, members of your family, people involved in the trial, or anyone else. If anyone approaches you and tries to talk to you about the case, do not tell your fellow jurors but advise me about it immediately. Do not read or listen to any news reports of the trial. Finally, remember to keep an open mind until all the evidence has been received and you have heard the views of your fellow jurors.

I may not repeat these things to you before every break that we take, but keep them in mind throughout the trial.

Joint Instruction No. 23
SEVENTH CIRCUIT CIVIL PATTERN JURY INSTRUCTIONS
2.01

Given          _____

Refused        _____

Withdrawn      _____

## 2.05 STIPULATIONS OF FACT

The parties have stipulated, or agreed, that [stipulated facts]. You must now treat these facts as having been proved for the purpose of this case.

Joint Instruction No. 24
SEVENTH CIRCUIT CIVIL PATTERN JURY INSTRUCTIONS 2.05

Given          _____

Refused        _____

Withdrawn      _____

## 2.06 JUDICIAL NOTICE

I have decided to accept as proved the fact that [e.g., the city of Milwaukee is north of the city of Chicago]. You must now treat this fact as having been proved for the purpose of this case.

Joint Instruction No. 25
SEVENTH CIRCUIT CIVIL PATTERN JURY INSTRUCTIONS 2.06

Given            _____

Refused          _____

Withdrawn    _____

## 2.13     WITHDRAWALS OF CLAIMS

John Baldwin, Correctional Officer Cummings, and

Stephanie Dorethy are no longer defendants in this case.

You should not consider any claims against John Baldwin

or Stephanie Dorethy. Do not speculate on the reasons.

Your focus must be on the remaining party.

Joint Instruction No. 26
SEVENTH CIRCUIT CIVIL PATTERN JURY INSTRUCTIONS
2.13

Given          _____

Refused        _____

Withdrawn      _____

## 2.14 JUDGE'S COMMENTS TO LAWYER

I have a duty to warn an attorney who does something that I believe is not in keeping with the rules of evidence or procedure. You are not to draw any inference against the side whom I may caution or warn during the trial.

Joint Instruction No. 27
SEVENTH CIRCUIT CIVIL PATTERN JURY INSTRUCTIONS 2.14

Given          _____

Refused        _____

Withdrawn      _____

## 7.01 GENERAL: POLICE DEPARTMENT/MUNICIPALITY NOT A PARTY

Defendant is being sued as an individual. Neither the Illinois Department of Corrections nor the State of Illinois is a party to this lawsuit.

Joint Instruction No. 28
SEVENTH CIRCUIT CIVIL PATTERN JURY INSTRUCTIONS 7.01

Given          _____

Refused        _____

Withdrawn      _____

## 7.04 LIMITING INSTRUCTION CONCERNING EVIDENCE OF STATUTES, ADMINISTRATIVE RULES, REGULATIONS, AND POLICIES

You may have heard evidence about whether Defendant's conduct violated an administrative rule or regulation. You may consider this evidence in your deliberations. But remember that the issue is whether the Defendant violated Plaintiff's constitutional rights as described in these instructions, not whether an administrative rule or regulation might have been violated.

Joint Instruction No. 29
SEVENTH CIRCUIT CIVIL PATTERN JURY INSTRUCTIONS 7.04

Given _____

Refused _____

Withdrawn _____

## 7.18 EIGHTH AMENDMENT:
## EXCESSIVE FORCE AGAINST CONVICTED PRISONER –
## ELEMENTS

To succeed on his claim of excessive use of force.
Plaintiff must prove each of the following three (3) things by
a preponderance of the evidence:

1.     Defendant intentionally used force on Plaintiff.

2.     Defendant did so for the purpose of harming
Plaintiff, and not in a good faith effort to maintain or
restore security or order.

3.     Defendant conduct harmed Plaintiff. Plaintiff does
not need to prove that he suffered a serious injury. If
Defendant's use of force caused pain to Plaintiff, that is
sufficient harm, even if Plaintiff did not require medical
attention or did not have long lasting injuries.

If you find that Plaintiff has proved each of these
things by a preponderance of the evidence, then you must

decide for Plaintiff, and go on to consider the question of damages.

If, on the other hand, you find that Plaintiff has failed to prove any one of these things by a preponderance of the evidence, then you must decide for Defendant, and you will not consider the question of damages.

In deciding whether Plaintiff has proved that Defendant used force for the purpose of harming Plaintiff, you should consider all of the circumstances. When considering all the circumstances, among the factors you may consider are the need to use force, the relationship between the need to use force and the amount of force used, the extent of Plaintiff's injury, whether Defendant reasonably believed there was a threat to the safety of staff or prisoners, and any efforts made by Defendant to limit the amount of force used.

Joint Instruction No. 30
SEVENTH CIRCUIT CIVIL PATTERN JURY INSTRUCTIONS
7.18 (modified)

Given          _____

Refused        _____

Withdrawn      _____

## 7.27 COMPENSATORY DAMAGES IN PRISONER CASES

If you find in favor of Plaintiff on Plaintiff's claim, then you must determine the amount of money that will fairly compensate Plaintiff for any injury that you find he sustained and is reasonably certain to sustain in the future as a direct result of Defendant's use of excessive force against Plaintiff.

Plaintiff must prove his damages by a preponderance of the evidence. Your award must be based on evidence and not speculation. This does not mean, however, that compensatory damages are restricted to the actual loss of money; they include both the physical and mental aspects of injury, even if they are not easy to measure.

You should consider the following type of damages, and no others:

- The physical and mental and emotional pain and suffering that Plaintiff has experienced and is

reasonably certain to experience in the future. No evidence of the dollar value of physical or mental and emotional pain and suffering has been or needs to be introduced. There is no exact standard for setting the damages to be awarded on account of these factors. You are to determine an amount that will fairly compensate the Plaintiff for the injury he has sustained.

- The reasonable value of medical care and supplies that Plaintiff reasonably needed and actually received as well as the present value of the care and supplies that he is reasonably certain to need and receive in the future.

When I say, "present value," I mean the sum of money needed now which, together with what the sum may reasonably be expected to earn in the future, will equal the

amounts of those monetary losses at the times in the future when they will be sustained.

If you return a verdict for Plaintiff, but Plaintiff has failed to prove compensatory damages, then you must award nominal damages of $1.00.

Joint Instruction No. 31
SEVENTH CIRCUIT CIVIL PATTERN JURY INSTRUCTIONS 7.27

Given          _____

Refused        _____

Withdrawn      _____

## 7.28 DAMAGES: PUNITIVE

If you find for Plaintiff, you may, but are not required to, assess punitive damages against Defendant. The purposes of punitive damages are to punish a defendant for his or her conduct and to serve as an example or warning to Defendant and others not to engage in similar conduct in the future.

Plaintiff must prove by a preponderance of the evidence that punitive damages should be assessed against Defendant. You may assess punitive damages only if you find that his conduct was malicious or in reckless disregard of Plaintiff's rights. Conduct is malicious if it is accompanied by ill will or spite, or is done for the purpose of injuring Plaintiff. Conduct is in reckless disregard of Plaintiff's rights if, under the circumstances, Defendant simply did not care about Plaintiff's safety or rights.

If you find that punitive damages are appropriate, then you must use sound reason in setting the amount of those damages. Punitive damages, if any, should be in an amount sufficient to fulfill the purposes that I have described to you, but should not reflect bias, prejudice, or sympathy toward any party. In determining the amount of any punitive damages, you should consider the following factors:

- the reprehensibility of Defendant's conduct;

- the impact of Defendant's conduct on Plaintiff;

- the relationship between Plaintiff and Defendant;

- the likelihood that Defendant would repeat the conduct if an award of punitive damages is not made; and/or

- the relationship of any award of punitive damages or the amount of actual harm the Plaintiff suffered.

Joint Instruction No. 32
SEVENTH CIRCUIT CIVIL PATTERN JURY INSTRUCTIONS
7.28

Given          _____

Refused        _____

Withdrawn      _____